A92A0040. BEMBRY v. DeKALB COUNTY et al.
(412 SE2d 882)

McMURRAY, Presiding Judge.

"Appellant has failed to follow the proper procedures required by law when appealing from a decision of a superior court to which a writ of certiorari has been taken from a decision of a lower court. OCGA § 5-6-35 (Code Ann. § 6-701.1). Therefore, his appeal must be dismissed. *McCrary v. City of Atlanta*, 158 Ga. App. 406 (280 SE2d 906) (1981); *Bradfield v. Jackson*, 156 Ga. App. 81 (274 SE2d 164) (1980)." *Crawford v. Goza*, 168 Ga. App. 565 (310 SE2d 1).

*Appeal dismissed. Sognier, C. J., and Cooper, J., concur.*

DECIDED OCTOBER 29, 1991.

Joe H. Bembry, *pro se.*
*James E. Kirkland,* for appellees.